

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00416-CR

| | | |
|---|---|---|
| ROBERTO GUTIERREZ, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1404390D) |
| V. | § | March 28, 2019 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
   Justice Lee Gabriel